**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RAYBURN LEE GERKE, II, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-10-2319 |
| | § | |
| LARRY EUGENE BAGLEY, JR., | § | |
| | § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In accordance with the parties' stipulation, (Docket Entry No. 10),  this action is

dismissed without prejudice.

SIGNED on November 22, 2010, at Houston, Texas.

_____

Lee H. Rosenthal

United States District Judge